

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLY                                           *271 Cadman Plaza East*
F.#2010R01153                                 *Brooklyn, New York 11201*

                                              July 1, 2012

<u>By Federal Express</u>

Richard Willstatter, Esq.
Green & Willstatter
200 Mamaroneck Avenue
Suite 605
White Plains, NY 10601

            Re:  <u>United States v. Rodney Watts</u>
                 <u>Criminal Docket No. 10-627 (S-2)(KAM)</u>

Dear Counsel:

            For counsel's convenience, the government is producing
additional copies of matter previously produced.  The enclosed
external hard drive includes an imaged copy of the server of GDC
Acquisitions, Inc., as well as imaged copies of hard drives
maintained by Frank Patello, Emilio Serrano, and Irma Nusfaumer.
All of the material on this hard drive was previously produced
to defendant Rodney Watts's other counsel, Ms. Marion Bachrach.


                         Sincerely,


                         LORETTA E. LYNCH
                         United States Attorney
                         Eastern District of New York

            By:     ____/s/_____
                         Michael L. Yaeger
                         Assistant U.S. Attorney
                         (718) 254-6075


cc:  Clerk of Court (KAM) (without enclosures)