

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLY/CM  
F.#2010R01153

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 10, 2013

By Mail and ECF

The Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re:  United States v. Rodney Watts  
      Criminal Docket No. 10-627 (S-2)(KAM)

Dear Judge Matsumoto:

  The government writes in response to defense counsel's letter of July 1, 2013.  Counsel seeks permission to inform the Surrogate's Court of Nassau County of Frank Patello's guilty plea in United States v. Frank Patello, 10 CR 709 (KAM).  The government has no objection to this request as the government does not believe that there is anything in the Court's rulings in this case that would prevent defense counsel from informing the Surrogate's Court that Mr. Patello has pleaded guilty.  However, defense counsel's letter does not provide a basis to make public any of the documents that the Court has sealed or designated "eyes only," and, accordingly, the government would object to disclosure of those documents.

        Sincerely,

        LORETTA E. LYNCH  
        United States Attorney  
        Eastern District of New York

    By:   /s/  
        Michael L. Yaeger  
        Catherine Mirabile  
        Assistant U.S. Attorneys  
        (718) 254-7000

cc:  Clerk of Court (KAM)  
   Richard Willstatter, Esq.